No. 591. UNITED STATES *v.* SUDA REYNOLDS. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *The Solicitor General* for the United States. *Mr. Jesse D. Lydick* for respondent.

---

No. 614. MECCANO, LIMITED, *v.* JOHN WANAMAKER, NEW YORK. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Reeve Lewis, Mr. W. B. Kerkam* and *Mr. Ralph L. Scott* for petitioner. *Mr. H. A. Toulmin* for respondent.

---

No. 618. BOARD OF PUBLIC UTILITY COMMISSIONERS *v.* YUCHAUSTI & COMPANY ET AL. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands granted. *Mr. Edward S. Bailey* and *Mr. Chester J. Gerkin* for petitioner. *Mr. Alexander Britton* and *Mr. Evans Browne* for respondents.

---

No. 619. MICHAEL U. BOEHMER *v.* PENNSYLVANIA RAILROAD COMPANY. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Edwin C. Brandenburg* for petitioner. *Mr. Frederic D. McKenney* for respondent.

---

No. 637. NEW YORK CENTRAL RAILROAD COMPANY *v.* WILBUR H. MOHNEY. October 28, 1918. Petition for a writ of certiorari to the Court of Appeals of Lucas County, State of Ohio, granted. *Mr. John H. Doyle* and *Mr.*

248 U. S.    Decisions on Petitions for Writs of Certiorari.

*Frederick W. Gaines* for petitioner.   *Mr. Albert H. Miller* and *Mr. A. Jay Miller* for respondent.

---

No. 639. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY ET AL. *v.* FRED WARD. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma granted. *Mr. R. J. Roberts, Mr. C. O. Blake, Mr. W. H. Moore, Mr. Thomas P. Littlepage, Mr. Sidney A. Taliaferro* and *Mr. W. F. Dickinson* for petitioners. *Mr. W. S. Pendleton* for respondent.

---

No. 653. ANA MARIA SUGAR COMPANY *v.* THOMAS QUINONES. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. E. Crosby Kindleberger* for petitioner. No appearance for respondent.

---

No. 656. LEO WEIDHORN *v.* BENJAMIN A. LEVY, TRUSTEE, ETC. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Walter Hartstone* and *Mr. L. P. Loving* for petitioner. *Mr. Lee M. Friedman* for respondent.

---

No. 671. POSTAL TELEGRAPH-CABLE COMPANY *v.* J. L. DICKERSON. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Mississippi granted. *Mr. James N. Flowers* for petitioner. No appearance for respondent.